IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAMAR PATTERSON, AIS#275030, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:11cv1113-TMH ) |
| OFFICER STAFFORD and OFFICER WRAY,[1] | ) ) ) |
| Defendants. | ) ) |

**ORDER AND OPINION**

On July 24, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 32). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.  The defendants' motion for summary judgment is GRANTED to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Macon County Jail.

2.  This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy provided to him during his confinement in the Macon County Jail as this remedy is no longer

---

[1] The defendants advise that the correct spelling for defendant Wray is Ray.

available to him with respect to the claims presented in this cause of action.

DONE this 30th day of September, 2013.

                                        /s/ Truman M. Hobbs
                                        TRUMAN M. HOBBS
                                        SENIOR UNITED STATES DISTRICT JUDGE